# Judge
# J. Daniel Breen

# Case #: 11-1374