IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE AT JACKSON

| | |
|---|---|
| **FREEDOM FROM RELIGION FOUNDATION, INC.** | ) ) ) |
| **Plaintiff,** | ) ) |
| vs. | ) ) Case No. 1:11-cv-1374 |
| **TOWN OF WHITEVILLE, TENNESSEE, MAYOR JAMES BELLAR and THE WHITEVILLE TENNESSEE BOARD OF ALDERMEN,** | ) ) ) ) ) |
| **Defendants.** | ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Freedom From Religion Foundation, Inc. makes the following disclosure:

Freedom From Religion Foundation, Inc. is a Wisconsin non-profit corporation. It has no parent corporation and no publically held corporation holds any ownership interest in it.

Respectfully submitted,

**HUBBARD, BERRY & HARRIS, PLLC**

By: /s/ Alvin L. Harris
**Alvin L. Harris**                    **(11516)**
201 Fourth Avenue, North, Suite 1420
Nashville, Tennessee 37219
(615) 251-5448

Attorneys for Plaintiff Freedom From Religion Foundation, Inc.

## CERTIFICATE OF SERVICE

      I hereby certify that a true and exact copy of the Corporate Disclosure Statement has been forwarded via U.S. postage prepaid, first class mail to the following on this the 13th day of December, 2011.

Mayor James Bellar
158 East Main Street
Whiteville, Tennessee 38075

Town of Whiteville, Tennessee
c/o Mayor James Bellar
158 East Main Street
Whiteville, Tennessee 38075

The Whiteville Tennessee Board of Aldermen
158 East Main Street
Whiteville, Tennessee 38075

                                               **/s/ Alvin L. Harris**
                                               Alvin L. Harris, TN Bar No. 11516