01129/72422-mdc

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE AT JACKSON

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TOWN OF WHITEVILLE, TENNESSEE, MAYOR JAMES BELLAR and THE WHITEVILLE TENNESSEE BOARD OF ALDERMEN, <br><br> Defendants. | Case No. 1:11-cv-1374-JDB |

### NOTICE OF APPEARANCE

Dale Conder, Jr. of RAINEY, KIZER, REVIERE & BELL, P.L.C., hereby enters a special appearance as counsel of record for Defendants in this cause.

    Respectfully submitted,

    RAINEY, KIZER, REVIERE and BELL, PLC

By:    s/ Dale Conder, Jr.
    DALE CONDER, JR., BPR #015419
    Attorneys for Defendants
    209 East Main Street
    P.O. Box 1147
    Jackson, TN 38302-1147
    731-423-2414
    dconder@raineykizer.com

01129/72422-mdc

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this the 15th day of December, 2011, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing report. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

    Alvin L. Harris
    Hubbard, Berry & Harris, PLLC
    201 Fourth Avenue North, Ste. 1420
    Nashville, TN 37219

                                        s/ Dale Conder, Jr.