UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| **FREEDOM FROM RELIGION FOUNDATION, INC.,** | ) ) ) | |
| **Plaintiff,** | ) ) | No. 1:11-cv-01374-JDB-egb |
| v. | ) ) | |
| **TOWN OF WHITEVILLE, TENNESSEE, MAYOR JAMES BELLAR and THE WHITEVILLE, TENNESSEE BOARD OF ALDERMEN,** | ) ) ) ) ) ) | |
| **Defendants.** | ) | |

_____

## NOTICE OF APPEARANCE OF JAMES ANDREW FARMER

**PLEASE TAKE NOTICE** that James Andrew Farmer, city attorney for the town of Whiteville, Tennessee, hereby enters this additional special appearance as counsel on behalf of the town of Whiteville, Tennessee; Mayor James Bellar; and the Whiteville, Tennessee, Board of Aldermen.

 Respectfully Submitted,

 s/Drew Farmer
 Drew Farmer
 BPR #24417
 LAW OFFICE OF JAMES ANDREW FARMER
 51 Emerald Ridge Cove
 Jackson, Tennessee 38305
 (615) 354-4752
 (731) 668-5836
 jamesandrew20@hotmail.com
 dfarmer@lawyer.com

Dale Conder, Jr., Esq.
BPR #015419
209 East Main Street
P.O. Box 1147
Jackson, TN 38302-1147
731-423-2414
dconder@raineykizer.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, on this the 19th day of December, 2011, the foregoing was served electronically, contemporaneously with its filing through this Court's electronic case filing system, on the following counsel of record:

Alvin L. Harris
Hubbard, Berry & Harris, PLLC
201 Fourth Avenue North, Suite 1420
Nashville, TN 37219
*Attorney for Freedom From Religion Foundation, Inc.*

s/Drew Farmer
Drew Farmer