01129/72422-mdc

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE AT JACKSON

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TOWN OF WHITEVILLE, TENNESSEE, MAYOR JAMES BELLAR and THE WHITEVILLE TENNESSEE BOARD OF ALDERMEN, <br><br> Defendants. | Case No. 1:11-cv-1374-JDB |

## NOTICE OF APPEARANCE

Attorney Joshua B. Dougan of Rainey, Kizer, Reviere & Bell, P.L.C., hereby enters a special appearance of counsel of record for Defendants Town of Whiteville, Tennessee, Mayor James Bellar and the Whiteville, Tennessee Board of Aldermen.

Respectfully submitted,

RAINEY, KIZER, REVIERE & BELL, PLC

By:  s/ Joshua B. Dougan
DALE CONDER, JR., BPR #015419
JOSHUA B. DOUGAN, BPR #028066
Attorneys for Defendants
209 East Main Street
P.O. Box 1147
Jackson, TN 38302-1147
731-423-2414
dconder@raineykizer.com
jdougan@raineykizer.com

1

01129/72422-mdc

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 5, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing report. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| Alvin L. Harris | Drew Farmer |
| Hubbard, Berry & Harris, PLLC | Law Office of James A. Farmer |
| 201 Fourth Avenue North, Ste. 1420 | 51 Emerald Ridge Cove |
| Nashville, TN 37219 | Jackson, TN 38305 |

                s/ Joshua B. Dougan

2