IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FREEDOM FROM RELIGION
FOUNDATION, INC.,

    Plaintiff,

v.                                      No. 11-1374

TOWN OF WHITEVILLE, TENNESSEE;
MAYOR JAMES BELLAR and THE
WHITEVILLE, TENNESSEE BOARD OF
ALDERMEN,

    Defendants.

_____

ORDER OF REFERENCE
_____

    This matter is REFERRED to the magistrate judge for the purpose of conducting a settlement conference.

    IT IS SO ORDERED this 22nd day of February 2012.

                                                                           s/ J. DANIEL BREEN
                                                                           UNITED STATES DISTRICT JUDGE