01129/72422-mdc

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE AT JACKSON

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TOWN OF WHITEVILLE, TENNESSEE, MAYOR JAMES BELLAR and THE WHITEVILLE TENNESSEE BOARD OF ALDERMEN, <br><br> Defendants. | Case No. 1:11-cv-1374-JDB |

## DEFENDANTS' WITHDRAWAL OF JURY DEMAND

Defendants Town of Whiteville, Tennessee, Mayor James Bellar, and the Whiteville, Tennessee Board of Aldermen hereby withdraw their demand for a jury trial. As required by Federal Rule of Civil Procedure 38(d), all parties consent to this withdrawal.

        Respectfully submitted,

        RAINEY, KIZER, REVIERE & BELL, PLC

By:    s/ Dale Conder, Jr.
        DALE CONDER, JR., BPR #015419
        JOSHUA B. DOUGAN, BPR #028066
        Attorneys for Defendants
        209 East Main Street
        P.O. Box 1147
        Jackson, TN 38302-1147
        731-423-2414
        dconder@raineykizer.com
        jdougan@raineykizer.com

01129/72422-mdc

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 12, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing report. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| Alvin L. Harris | Drew Farmer |
| Hubbard, Berry & Harris, PLLC | Law Office of James A. Farmer |
| 201 Fourth Avenue North, Ste. 1420 | 51 Emerald Ridge Cove |
| Nashville, TN 37219 | Jackson, TN 38305 |
| aharris@hubbardberry.com | jamesandrew20@hotmail.com |

                                                     s/ Dale Conder, Jr.