**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
Chambers of United States Magistrate Judge Edward G. Bryant

345 United States Courthouse
111 S. Highland Avenue
Jackson, TN  38301
(731) 421-9273

---

NOTICE OF SETTING
Before Judge Edward G. Bryant, United States Magistrate Judge

---

April 20, 2012

    RE:    1:11-cv-01374-JDB-egb
                Freedom From Religion Foundation, Inc. v. Town of Whiteville, Tennessee et al

Dear Sir/Madam:

    A **TELEPHONIC STATUS CONFERENCE** has been **SET** before **Judge Edward G. Bryant** on **MONDAY, APRIL 23, 2012** at **11:15 A.M. CT.**

    Parties shall dial into our telephonic conference service at: (877) 336-1839. The Access Code is 4099672. The Conference Password is 111 3741.

    If the case is settled before the conference or if you have any questions, please contact Andrew Shulman, Judicial Assistant to Magistrate Judge Edward G. Bryant at (731) 421-9273.

                                             BY:    <u>s/ Andrew Shulman</u>
                                                           Andrew Shulman, Judicial Assistant
                                                            731-421-9273