UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Chambers of United States Magistrate Judge Edward G. Bryant

345 United States Courthouse
111 S. Highland Avenue
Jackson, TN  38301
(731) 421-9273

NOTICE OF SETTING
Before Judge Edward G. Bryant, United States Magistrate Judge

April 24, 2012

  RE: 1:11-cv-01374-JDB-egb
     Freedom From Religion Foundation, Inc. v. Town of Whiteville, Tennessee et al

Dear Sir/Madam:

  **A SETTLEMENT CONFERENCE** has been **SET** before **Judge Edward G. Bryant** on **Friday, May 11, 2012** at **10 A.M. CT** in **Judge Bryant's Chambers, 3rd floor of the Federal Building, Jackson, Tennessee.**

  If you have any questions, please contact Andrew Shulman, Judicial Assistant to Magistrate Judge Edward G. Bryant at 731-421-9273.


         BY: s/Andrew Shulman
            Andrew Shulman, Judicial Assistant
            731-421-9273