01129/72422-mdc

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE AT JACKSON

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TOWN OF WHITEVILLE, TENNESSEE, MAYOR JAMES BELLAR and THE WHITEVILLE TENNESSEE BOARD OF ALDERMEN, <br><br> Defendants. | Case No. 1:11-cv-1374-JDB |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), the parties hereby notify the Court that this matter is to be dismissed with prejudice as result of settlement negotiations.

An agreed judgment and order of dismissal will be submitted to the Court for entry in this matter.

Respectfully submitted,

RAINEY, KIZER, REVIERE & BELL, PLC

By: _____s/ Dale Conder, Jr._____
DALE CONDER, JR., BPR #015419
Attorneys for Defendants
209 East Main Street
P.O. Box 1147
Jackson, TN 38302-1147
731-423-2414
dconder@raineykizer.com

1

01129/72422-mdc

        LAW OFFICE OF JAMES ANDREW FARMER

        <u>s/ Drew Farmer (w/permission via telephone)</u>
        Drew Farmer. BPR #24417
        Attorneys for Defendants
        51 Emerald Ridge Cove
        Jackson, Tennessee 38305
        (615) 354-4752
        (731) 668-5836
        jamesandrew20@hotmail.com
        dfarmer@lawyer.com


        HUBBARD, BERRY & HARRIS, PLLC

        <u>s/ Alvin L. Harris (w/permission via email)</u>
        Alvin L. Harris, BRP #011516
        Attorney for Plaintiff
        201 Fourth Avenue North, Ste. 1420
        Nashville, TN 37219
        (615) 251-5448
        aharris@hubbardberry.com


## **CERTIFICATE OF SERVICE**

      I hereby certify that on this the 8th day of August, 2012, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing report.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's electronic filing system.

    Alvin L. Harris
    Hubbard, Berry & Harris, PLLC
    201 Fourth Avenue North, Ste. 1420
    Nashville, TN 37219


            <u>      s/ Dale Conder, Jr.            </u>

2